# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **HARRY EDWARD JETT,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     2:08-CV-248-PWG |
| | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on October 29, 2008, recommending that the petition for writ of habeas corpus be dismissed as untimely. On November 13, 2008, Petitioner's motion for extension of time to file objections was granted until November 21, 2008. On November 21, 2008, Petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Petitioner, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be dismissed as untimely. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___2nd___ day of December, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE